JOSEPH GEDEON, Appellant, *v.* NEWS SYNDICATE Co., INC., Respondent.

Argued March 12, 1942; decided April 23, 1942.

*John Schulman, Alan S. Hays* and *Milton Sargoy* for appellant.

*Stuart N. Updike, J. Howard Carter* and *Weymouth D. Symmes* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, on the ground that the refusal to receive evidence of the general loss of plaintiff's business resulting from the publication of the libels was error. (See *Sanderson* v. *Caldwell*, 45 N. Y. 398, 405, 406; *Bergmann* v. *Jones*, 94 N. Y. 51.) No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.